UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division



FILED
OCT 20 2011
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

ROBERT S. BINNS,

    Plaintiff,

v.                                     ACTION NO. 2:10cv428

BRIANNA BINNS, et al.,

    Defendants.

## FINAL ORDER

This matter comes before the court on plaintiff's Motion for Default Judgment, filed on July 27, 2011. The matter was referred to a United States Magistrate Judge by Order of August 17, 2011, pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and (C) and Federal Rule of Civil Procedure 72(b), to conduct hearings, including evidentiary hearings, if necessary, and to submit to the undersigned proposed findings of fact, if applicable, and recommendations for the disposition of the motion.

The United States Magistrate Judge's Report and Recommendation was filed on September 28, 2011. The magistrate judge recommended granting plaintiff's Motion for Default Judgment and awarding damages in the amount of $70,000.00 plus $14,387.50 for attorney's fees.

By copy of the report and recommendation of the magistrate judge, the parties were advised of their right to file written objections thereto. The court has received no objections to the

magistrate judge's report and recommendation, and the time for filing same has expired. The court does hereby adopt and approve in full the findings and recommendations set forth in the Report and Recommendation of the United States Magistrate Judge filed September 28, 2011. Accordingly, the plaintiff's Motion for Default Judgment against the defendants, Brianna Binns and Bonnie Lee Faucher, is **GRANTED**, and damages are AWARDED to the plaintiff in the amount of $70,000.00, plus $14,387.50 for attorney's fees. The Clerk shall enter judgment for the plaintiff to this effect.

The Clerk shall also forward a copy of this Final Order to all parties of record.

It is so **ORDERED**.

/s/
Rebecca Beach Smith
United States District Judge

REBECCA BEACH SMITH
UNITED STATES DISTRICT JUDGE

Norfolk, Virginia
October 20, 2011